WAWD (Rev. 12/11) Prisoner Civil IFP

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Robert Allen Stanard

Plaintiff

vs.

Dr. Maria Dy, MD. et al.,

Defendant(s)

Case Number:

**19-CV-1400** RSM-MLP

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS BY A PRISONER BRINGING A CIVIL ACTION**

**DO NOT use this form if you are bringing a Petition for Writ of Habeas Corpus.**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) ___Robert Allen Stanard___ declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security thereof. The nature of my action is *briefly* stated as follows: ___Violations of the Plaintiff's 5th, 8th, and 14th___ ___Amendment rights and Deliberate indifference to serious medical needs.___

In support of this application, I answer *all* of the following questions:

1. Are you currently incarcerated?               Yes

FILED LODGED
RECEIVED   MAIL

AUG 30 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

[x] Yes  If "Yes" state the place of your incarceration ___Federal Correctional Institution FCI Sheridan, Oregon___

**You must also attach a certified copy of your prison trust account statement showing transactions for the past six months.**

[ ] No   If "No" do not use this form.

2. Are you presently employed? [x] Yes   Employer ___FBOP / Education___ Salary ___26.50 month___ [ ] No

3. For the past twelve months, list the amount of money you have received from any of the following sources.

a. Business, profession or other self-employment                                 $ _____0_____
b. Income from rent, interest or dividends                                        $ _____0_____
c. Pensions, annuities or life insurance payments                                $ _____0_____
d. Disability, unemployment, workers compensation or public assistance           $ _____0_____
e. Gifts or inheritances                                                         $ _____0_____
f. Money received from child support or alimony                                  $ _____0_____
g. Describe any other source of income ___Money sent from family___  $ _150⁰⁰ to 200⁰⁰ MONTHLY_

Page of

4. List the amount for each of the following (include prison account funds):

Cash on hand $ | 0 |    Checking Account $ | 0 |    Savings Account $ | 0 |

5. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   If Yes, describe the property and state its approximate value:

☐ Yes

N/A                                                                 $

☐ No

6. Are any persons dependent upon you for support? If Yes, state their relationship to you, and indicate how much you contribute toward their support each month. (Do not include names of minor children.)

☐ Yes

N/A                                                                 $

☐ No

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

N/A                                                                 $

8. Provide any other information that will help explain why you cannot pay court fees and costs.

Being incarcerated I do not have access to a full 350.00 to pay for the fee up front.

I declare under penalty of perjury that the foregoing is true and correct.

27th Aug. 2019

**Executed on: (Date)    Signature of Applicant**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(b)

I (print your name) _ROBERT STANARD_
hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

27th Aug. 2019

**Executed on: (Date)    Signature of Applicant**

Page of

## ACKNOWLEDGMENT AND AUTHORIZATION

Case Number **19-CV-1400PSM - MLP**

    By choosing to bring a civil action, I acknowledge I am responsible for payment of the full $350.00 filing fee under 28 U.S.C. § 1915. I authorize the agency having custody of me to collect from my account and forward to the Clerk of the United States District Court the initial partial filing fee calculated under the Certification and Calculation section and payments pursuant to 28 U.S.C. § 1915(b).

    I understand I am required to make monthly payments of twenty (20) percent of my preceding month's income credited to my account and the agency having custody of me will forward funds to the Clerk of the United States District Court each time the amount in the account exceeds ten ($10.00) dollars until the filing fee is paid in full.

_____          _____

Date                                               Signature of Applicant


_____          _____

Committed Name of Applicant                                  Inmate Number

Page of