UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT ALLEN STANARD, | |
| Plaintiff, | Case No. C19-1400RSM |
| v. | MINUTE ORDER |
| MARIA DY, *et al.*, | |
| Defendants. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge: On April 5, 2024, Defendants filed a Motion to Dismiss, noted for consideration on May 10, 2024. Dkt. #52. Plaintiff failed to file a Response by May 6, 2024, the deadline per the prior local civil rule LCR 7(d)(3). Defendants filed a Reply pointing this out. Dkt. #53.

Under the local rules, the Court may consider failure to respond as an admission that the motion has merit. LCR 7(b)(2). However, on May 21, 2024, Plaintiff filed a Motion for Summary Judgment, in which Plaintiff does not mention any reason for failing to respond to Defendant's Motion to Dismiss. *See* Dkt. #54.

Considering all of the above, the Court DIRECTS Plaintiff to respond to Defendant's Motion to Dismiss no later than June 6, 2024. Defendants may file a Reply to Plaintiff's

MINUTE ORDER - 1

Response no later than June 12, 2024.  Failure to file a Response may result in dismissal. The Court further finds that Plaintiff's Motion for Summary Judgment is premature given the pending Motion to Dismiss and may be affected by any Court ruling.  The Court therefore STRIKES Plaintiff's Motion for Summary Judgment, Dkt. #54.  Plaintiff is free to refile this Motion if the Court does not grant Defendant's Motion to Dismiss.

DATED this 22nd day of May, 2024.

RAVI SUBRAMANIAN, Clerk

By:  /s/ Martín J. Valencia
       Deputy Clerk

MINUTE ORDER - 2