UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT ALLEN STANARD, <br><br> Plaintiff, <br><br> v. <br><br> MARIA DY, *et al.*, <br><br> Defendants. | Case No. C19-1400RSM <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on Plaintiff's Motion for Extension of Time, Dkt. #58.

On April 5, 2024, Defendants filed a Motion to Dismiss, noted for May 10, 2024. Dkt. #52. Defendants filed a Reply by the noting date, Dkt. #53, but Plaintiff failed to file a Response by May 6, 2024, per the prior local civil rule LCR 7(d)(3). However, on May 21, 2024, Plaintiff filed a Motion for Summary Judgment but did not respond to Defendant's Motion before the deadline. Dkt. #54. On May 22, 2024, by Minute Order, this Court directed Plaintiff to file respond to Defendant's Motion to Dismiss by June 6, 2024.

On June 10, 2024 (though the mailing date appears to be June 6, 2024), Plaintiff filed a Motion for Extension of Time, noted for June 24, 2024. Dkt. #58. Plaintiff states that he was unable to meet the Court's deadline of June 6 because he did not receive the Court's Order by mail until May 30, 2024, was involved in a recent vehicle roll-over accident, and that he "did not

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME - 1

respond [to] the Defedants['] Motion to Dismiss because the Plaintiff knew nothing or what his next steps were or when he was supposed to file what next." *Id*. at 2.  On June 21, 2024, Defendants responded that they consented to an extension. Dkt. #60.  The Court finds good cause to grant Plaintiff's Motion.  However, given the timing of this instant Motion and Plaintiff's filing by mail, the Court shall grant Plaintiff until July 5, 2024, to file his Response.

      Accordingly, the Court finds and ORDERS that Plaintiff's Motion for Extension of Time, Dkt. #58, is GRANTED.  Plaintiff shall file a Response to Defendant's Motion to Dismiss no later than July 5, 2024.  Defendants may file a Reply to Plaintiff's Response no later than July 19, 2024.  Failure to file a Response may result in dismissal.

      DATED this 21st day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME - 2