UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT ALLEN STANARD, <br><br> Plaintiff, <br><br> v. <br><br> MARIA DY, *et al.*, <br><br> Defendants. | Case No. C19-1400-RSM <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on Plaintiff's Motion for Extension of Time, Dkt. #62.

This is Plaintiff's second Motion for Extension of Time to respond to Defendants' Motion to Dismiss. On June 10, 2024 (though the mailing date appears to by June 6, 2024), Plaintiff filed a Motion for Extension of Time, noted for June 24, 2024. Dkt. #58. Plaintiff states that he was unable to meet the Court's deadline of June 6 because he did not receive the Court's Order by mail until May 30, 2024, was involved in a recent vehicle roll-over accident, and that he "did not respond [to] the Defedants['] Motion to Dismiss because the Plaintiff knew nothing or what his next steps were or when he was supposed to file what next." *Id*. at 2. On June 21, 2024, Defendants responded that they consented to an extension. Dkt. #60. On June 21, 2024, the

ORDER GRANTING MOTION
FOR EXTENSION OF TIME - 1

Court granted Plaintiff's Motion, giving Plaintiff until July 5, 2024, to file his Response to Defendant's Motion to Dismiss. Dkt. #61.

On July 5, 2024[1], Plaintiff, by mail, again filed for an extension to respond. Dkt. #62. He reasons that the complexity of the case, his lack of knowledge, and mental health issues have delayed his nearly completed Response, but he "does believe that this extension, if granted, would be the final one" to submit his Response. *Id*. Unlike his first extension request, Plaintiff does not ask for a specific date. *Id*. Noting this, Defendants responded that they do not oppose Plaintiff's second extension but request that the deadline "be in the near future" and fourteen (14) days to file a Reply to Plaintiff's Response. Dkt. #63. Thus, Court shall grant this second extension request and allow Plaintiff until July 26, 2024, to file his Response to Defendants' Motion to Dismiss. However, given that Defendants' Motion was filed over three months ago and this is Plaintiff's second extension request at the last moment, barring extreme circumstances, the Court is not inclined to grant Plaintiff any further extensions.

Accordingly, the Court find and ORDERS that Plaintiff's Motion for Extension of Time, Dkt. #62, is GRANTED. Plaintiff shall file a Response to Defendant's Motion to Dismiss, Dkt. #52, no later than July 26, 2024. Defendants may file a Reply no later than August 9, 2024. Failure to file a Response may result in dismissal.

DATED this 12th day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Plaintiff's Motion was mailed on July 2, 2024, and received by the Court on July 5, 2024.