# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT STANARD,<br><br>        Plaintiff,<br><br>    v.<br><br>MARIA DY, et al.,<br><br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C19-1400-RSM |

____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' Motion to Dismiss, Dkt. #52, is GRANTED. Plaintiff's amended Complaint and this action are DISMISSED with prejudice.

Dated this 24th day of February, 2025.

RAVI SUBRAMANIAN
Clerk


*s/Tajma Eaton*
Deputy Clerk
